# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 3/31/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ron Tran
aka Hoang Tran, aka Ron Hoang Tran, fdba Matrix
Chiropractic, fdba Matrix Database
331 Turnstone Circle
Pittsburg, CA 94565

| Case Number: <br> 11−43514 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.: <br> xxx−xx−7432 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> Michele M. Poteracke <br> Law Offices of Michele M. Poteracke <br> 850 3rd St <br> Santa Rosa, CA 95404 <br> Telephone number: (707) 571−1109 | Bankruptcy Trustee (name and address): <br> Martha G. Bronitsky <br> P.O. Box 5004 <br> Hayward, CA 94540−5004 <br> Telephone number: 510−266−5580 |

### Meeting of Creditors

Date: **May 5, 2011**      Time: **03:00 PM**
Location: **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **8/3/11**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **9/27/11**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/5/11**

The case is subject to dismissal, without further notice, upon failure of the debtor to commence making payments **called for in the plan,** not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. At the confirmation hearing the court may dismiss or convert the case or continue the hearing without prior notice upon a determination the debtor(s) is unable to present a feasible plan. Written objections to confirmation must be filed with the court at or before the Meeting of Creditors and served upon the trustee, Debtor(s), and Debtors' Attorney.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
If the debtor has already filed a proper Chapter 13 Plan, the Plan or a summary of the plan is enclosed. If the debtor has not yet filed a proper Chapter 13 Plan, the Plan or summary will be sent separately. Notice of confirmation hearing will be sent separately.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** <br> 1300 Clay Street #300 (94612) <br> Post Office Box 2070 <br> Oakland, CA 94604−2070 <br> Telephone number: 510−879−3600 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Gloria L. Franklin |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 4/4/11 |

# EXPLANATIONS

FORM B9I (12/07)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code §§ 362 and §§ 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§ 523 (a)(2) or (4), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Ron Tran | Case Number: 11-43514 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:** $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>   **3a. Debtor may have scheduled account as:** _____<br>   (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>**Describe:**<br>**Value of Property:** $_____ **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>   **if any:** $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

B10 (Official Form 10) (04/10) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____     _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

```
In re:                                                              Case No. 11-43514-EDJ
Ron Tran                                                            Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-4          User: sbadal              Page 1 of 3           Date Rcvd: Apr 04, 2011
                              Form ID: B9I              Total Noticed: 85
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2011.
```
db           +Ron Tran,    331 Turnstone Circle,    Pittsburg, CA 94565-7532
aty          +Michele M. Poteracke,    Law Offices of Michele M. Poteracke,     850 3rd St,
               Santa Rosa, CA 95404-4529
smg         ++EMPLOYMENT DEVELOPMENT DEPARTMENT,     STATE OF CALIFORNIA,
               BENEFIT OVERPAYMENT COLLECTION SECTION,     MIC 91,    PO BOX 826218,    SACRAMENTO CA 94230-6218
             (address filed with court:   CA Employment Development Dept.,     Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001)
smg          +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg          +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
11754603      Absolute Resolutions Corp,    P.O. Box 880306,    San Diego, CA 92168-0306
11754605     +American Express,    P.O. Box 971537,    El Paso, TX 79997
11754614      Bayview Loan Servicing,    P.O. Box 331409,    Miami, FL 33233-1409
11754612      Bayview Loan Servicing,    P.O. Box 391346,    Solon, OH 44139-8346
11754613      Bayview Loan Servicing,    P.O. Box 961247,    Fort Worth, TX 76161-0247
11754615     +CACH, LLC,    3385 Bailey Ave, Ste 8,    Buffalo, NY 14215-1138
11754620      CCA,   P.O. Box 439,    Norwell, MA 02061-0439
11754616      Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365-5010
11754617     +Capital LLC,    14351 SW 120th Street,    Miami, FL 33186-7092
11754619     +CarMax Auto Finance,    P.O. Box 7270,    Dallas, TX 75209-0270
11754625      Citibank, N.A.,    P.O. Box 769004,    San Antonio, TX 78245-9004
11754627      Citifinancial Retail Services,    P.O. Box 22060,    Tempe, AZ 85285-2060
11754632      CoServ,    P.O. Box 650785,    Dallas, TX 75265-0785
11754629      CollectCorp,    P.O. Box 100789,    Birmingham, AL 35210-0789
11754631     +Comcast-Denver,    8000 E Iliff Ave,    Denver, CO 80231-5317
11754633      Coserv,   c/o Credit Protection Assoc,    P.O. Box 9037,    Addison, TX 75001-9037
11754635     +Credit Solutions Corporation,    5454 Ruffin Rd, Ste 200,    San Diego, CA 92123-1313
11754636     +CreditControl,    5757 Phantom Dr, Ste 330,    Hazelwood, MO 63042-2429
11754637      Creditone, LLC,    P.O. Box 605,    Metairie, LA 70004-0605
11754639      EMC Mortgage,    P.O. Box 293150,    Lewisville, TX 75029-3150
11754640      Encore,    P.O. Box 3330,    Olathe, KS 66063-3330
11754641      Financial Asset Management Systems,     P.O. Box 451409,    Atlanta, GA 31145-9409
11754642     +First Horizon,    P.O. Box 132,    Memphis, TN 38101-0132
11754643     +First Horizon Home Loans,    c/o MetLife Home Loans,    5949 Sherry Lane,    Dallas, TX 75225-6532
11754644     +First Horizon National Corporation,     165 Madison,    Memphis, TN 38103-2723
11754645     +First Tennessee Bank N.A.,    P.O. Box 132,    Memphis, TN 38101-0132
11754646      Firstsource Advantage LLC,    P.O. Box 628,    Buffalo, NY 14240-0628
11754648     +Frisco Independent School District,     Laura Boatright, Tax Assessor/Collector,    P.O. Box 547,
               Frisco, TX 75034-0010
11754650      Home Depot Credit Services,    P.O. Box 689147,    Des Moines, IA 50368-9147
11754652      I C System, Inc.,    P.O. Box 64887,    Saint Paul, MN 55164-0887
11754654     +Law office of Joe Pezzuto,    4013 E Broadway, Ste A2,    Phoenix, AZ 85040-8818
11754655      Linebarger Goggan Blair & Sampson,     P.O. Box 3585,    Houston, TX 77253-3585
11754657      Mercantile Adjustment Bureau, LLC,     P.O. Box 9016,    Buffalo, NY 14231-9016
11754661      NCO Financial,    PO Box 4907,    Trenton, NJ 08650-4907
11754662      NCO Financial Systems, Inc.,    P.O. Box 15760, Dept 07,    Wilmington, DE 19850-5760
11754660      Nationwide Credit, Inc.,    2015 Vaughn Rd NW, Ste 400,    Kennesaw, GA 30144-7802
11754663     +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
11754664     +Omnium Worldwide,    7171 Mercy Rd,    Omaha, NE 68106-2620
11754665      Ozark Natural Spring Water,    P.O. Box 856680,    Louisville, KY 40285-6680
11754667     +Premier Voice,    9850 Sagepike Dr,    Houston, TX 77089-3514
11754669     +Riddle & Williams,    3710 Rawlins St, Ste 1400,    Regency Plaza,    Dallas, TX 75219-6432
11754671     +Stone Lake Estates HOA,    c/o Select Management Company,    5000 Quorum Drive, Ste 175,
               Dallas, TX 75254-7016
11754672     +Stonelake Estates HOA,    Select Payment Processing,    P.O. Box 61443,    Phoenix, AZ 85082-1443
11754673      Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
11754674      The CBE Group Inc,    P.O. Box 2547,    Waterloo, IA 50704-2547
11754675     +The Cooper Castle Law Firm,    2821 W Horizon Ridge Parkway, Ste 201,    Henderson, NV 89052-4429
11754677     +U.S. Department of the Treasury,    Secretary of the Treasury,    1500 Pennsylvania Ave,
               Washington, DC 20220-0001
11754682     +Zwicker & Associates,    80 Minuteman Rd,    Andover, MA 01810-1008
11754630     +collin County Appraisal District,     250 Eldorado Parkway,    McKinney, TX 75069-8023
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            E-mail/Text: ebn@oak13.com Apr 05 2011 00:57:49     Martha G. Bronitsky,    P.O. Box 5004,
               Hayward, CA  94540-5004
smg           EDI: CALTAX.COM Apr 05 2011 00:53:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg           EDI: EDD.COM Apr 05 2011 00:48:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
ust          +E-mail/Text: ustpregion17.oa.ecf@usdoj.gov Apr 05 2011 00:58:29
               Office of the U.S. Trustee/Oak,    Office of the U.S. Trustee,    1301 Clay St. #690N,
               Oakland, CA 94612-5231
11754608     +EDI: ATTWIREBK.COM Apr 05 2011 00:48:00      AT&T,    P.O. Box 90245,    Arlington, TX 76004-3245
```

```
District/off: 0971-4          User: sbadal                Page 2 of 3              Date Rcvd: Apr 04, 2011
                              Form ID: B9I                Total Noticed: 85
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11754606       EDI: AMEREXPR.COM Apr 05 2011 00:48:00      American Express,    P.O. Box 7863,
               Fort Lauderdale, FL 33329-7863
11754604       EDI: AMEREXPR.COM Apr 05 2011 00:48:00      American Express,    P.O. Box 981535,
               El Paso, TX 79998-1535
11754607      +EDI: ARROW.COM Apr 05 2011 00:48:00         Arrow Financial Service,    5996 W Touhy Ave,
               Niles, IL 60714-4610
11754611       EDI: BANKAMER2.COM Apr 05 2011 00:48:00     Bank of America,    P.O. Box 660576,
               Dallas, TX 75266-0576
11754609       EDI: BANKAMER.COM Apr 05 2011 00:48:00      Bank of America,    P.O. Box 15026,
               Wilmington, DE 19850-5026
11754610       EDI: BANKAMER2.COM Apr 05 2011 00:48:00     Bank of America,    Business Card,   P.O. Box 15184,
               Wilmington, DE 19850-5184
11754618      +E-mail/Text: jraichel@cms-collect.com Apr 05 2011 00:58:12      Capital Management Service,
               726 Exchange St., Ste 700,   Buffalo, NY 14210-1464
11754621      +EDI: CHASE.COM Apr 05 2011 00:48:00         Chase,   800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
11754622       EDI: CHASE.COM Apr 05 2011 00:48:00         Chase Cardmember Service,    P.O. Box 15298,
               Wilmington, DE 19850-5298
11754623      +EDI: CHASE.COM Apr 05 2011 00:48:00         Chase/Bank One Card Services,    800 Brooksedge Blvd,
               Westerville, OH 43081-2822
11754624       EDI: CITICORP.COM Apr 05 2011 00:48:00      Citi Cards,   Box 6000,   The Lakes, NV 89163-6000
11754626       EDI: CITICORP.COM Apr 05 2011 00:48:00      CitiBusiness Card,    P.O. Box 44180,
               Jacksonville, FL 32231-4180
11754628      +EDI: CIAC.COM Apr 05 2011 00:48:00          CitiMortgage,    P.O. Box 9438,
               Gaithersburg, MD 20898-9438
11754634       EDI: CMIGROUP.COM Apr 05 2011 00:48:00      Credit Management LP,    PO Box 118288,
               Carrollton, TX 75011-8288
11754638       EDI: RCSDELL.COM Apr 05 2011 00:53:00       Dell Business Credit,    Attn: Correspondence,
               P.O. Box 81577,   Austin, TX 78708-1577
11754647       EDI: CALTAX.COM Apr 05 2011 00:53:00        Franchise Tax Board,    Bankruptcy Unit,   PO Box 2952,
               Sacramento, CA 95812-2952
11754653       EDI: IRS.COM Apr 05 2011 00:48:00           Internal Revenue Service,    Special Procedures Section,
               1301 Clay Street, Stop 1400S,   Oakland, CA 94612-5210
11754656       EDI: RESURGENT.COM Apr 05 2011 00:53:00     LVNV FUNDING LLC,    P.O. Box 740281,
               Houston, TX 77274-0281
11754658      +EDI: MID8.COM Apr 05 2011 00:48:00          Midland Credit Management,    Dept 12421,   P.O. Box 603,
               Oaks, PA 19456-0603
11754659       EDI: NESF.COM Apr 05 2011 00:48:00          National Enterprise Systems,    29125 Solon Rd,
               Solon, OH 44139-3442
11754668       E-mail/Text: bankruptcy@proconsrv.com Apr 05 2011 00:58:30       PRO Consulting Services Inc,
               P.O. Box 66768,   Houston, TX 77266-6768
11754666       E-mail/Text: bankruptcy@pb.com Apr 05 2011 00:57:09      Pitney Bowes,   P.O. box 856390,
               Louisville, KY 40285-6390
11754670       EDI: SEARS.COM Apr 05 2011 00:48:00         Sears,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
11754676       EDI: TFSR.COM Apr 05 2011 00:48:00          Toyota Financial Services,    P.O. Box 8026,
               Cedar Rapids, IA 52408-8026
11754679       EDI: URSI.COM Apr 05 2011 00:48:00          United Recovery Systems,    P.O. Box 722929,
               Houston, TX 77272-2929
11754680      +EDI: CHASE.COM Apr 05 2011 00:48:00         Washington Mutual Card Services,    P.O. Box 660567,
               Dallas, TX 75266
11754681      +EDI: WFFC.COM Apr 05 2011 00:48:00          Wells Fargo Bank,    P.O. Box 348750,
               Sacramento, CA 95834-8750
                                                                                              TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11754649     ##Global Vantedge,   P.O. Box 10908,   San Rafael, CA 94912-0908
11754651     ##Home Depot/Citibank,    P.O. Box 6028,   The Lakes, NV 88901-6028
11754678     ##United Collection Bureau,    P.O. Box 140516,   Toledo, OH 43614-0516
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2011          Signature:          *Joseph Speetjens*